UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH W. SHELTON, Petitioner | CIVIL ACTION NO. 1:20-CV-01025-P |
| VERSUS | JUDGE DRELL |
| JOHN KENT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Shelton's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 is DENIED and DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 5th day of January 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1